# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Sanders,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                   3-05-cv-344

USA ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/1/05 Order.

**Signed: August 9, 2005**

Frank G. Johns, Clerk
United States District Court